# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES T. CHAO § | |
| § | Civil Action No. 4:21-CV-312 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CITY OF PLANO, TEXAS, ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 16, 2022, the report of the Magistrate Judge (Dkt. #49) was entered containing proposed findings of fact and recommendations that Defendants City of Plano, Mark Israelson, Lori Schwarz, Scott Lussier, and Kyle Watson's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. #24) be granted and Plaintiff James T. Chao's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants City of Plano, Mark Israelson, Lori Schwarz, Scott Lussier, and Kyle Watson's Motion to Dismiss (Dkt. #24) is **GRANTED**. *Pro se* Plaintiff James T. Chao's claims against Defendants are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 15th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE